SEATTLE EXPORT LUMBER COMPANY, *Appellant,* v. THE STATE OF
WASHINGTON, *Respondent.*[1]

*Robert B. Lytel* and *Solie M. Ringold,* for appellant.

*The Attorney General* and *John E. Belcher, Assistant,* for respondent.

PER CURIAM.—This is a companion case to *Donovan Lumber Co. v. State, ante* p. 242, 114 P. (2d) 524. In no essential respect are the facts in this case different from those in that. The judgment is, therefore, affirmed.

[1]Reported in 114 P. (2d) 525.